## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** | ) Case No.: |
| | ) |
| Plaintiff | ) **CORPORATION DISCLOSURE** |
| | ) **STATEMENT** |
| vs. | ) |
| | ) |
| **David Haley** | ) |
| | ) |
| Defendant | ) |
| | ) |

**05 1 1 1 5 4 NMG**

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc.

(hereinafter "Comcast"), a non-governmental corporation, identifies the following parent

corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at

   6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel,

Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328