AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

David Haley

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11154 NMG

TO: (Name and address of Defendant)

David Haley
6 Monterey Drive
Methuen, MA 01844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 3 2005

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|



**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 15, 2005

I hereby certify and return that on 6/10/2005 at 10:30 AM I served a true and attested copy of the summons in a civil case, complaint for violations of 47 U.S.C. 553 and conversion, civil cover sheet, corporation disclosure statement and exhibit in this action in the following manner: To wit, by leaving at the last and usual place of abode of DAVID HALEY, 6 Monterey Drive, Methuen, MA 01844 and by mailing 1st class to the above address on 6/10/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($23.90), Postage and Handling ($3.00), Copies ($10.00) Total Charges $58.40

Deputy Sheriff Larry Giordano

*Deputy Sheriff*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date                    Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.