**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.: 1:05-cv-11154-NMG |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **David Haley** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant David Haley (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

                                        Respectfully Submitted for the Plaintiff,
                                        Comcast of Massachusetts I, Inc.
                                        By Its Attorney,


| | |
|---|---|
| 1/23/2006 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

Page   1

**CERTIFICATE OF SERVICE**

  I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 23rd day of January, 2006, a copy of the foregoing Request for Default was mailed first class to:

David Haley
6 Monterey Drive
Methuen, MA 01844

        /s/ John M. McLaughlin
        John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 1:05-cv-11154-NMG |
| ) | |
| **Plaintiff,** ) | AFFIDAVIT OF ATTORNEY FOR |
| ) | PLAINTIFF'S REQUEST |
| **vs.** ) | FOR DEFAULT |
| ) | |
| **David Haley** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On June 3, 2005, the Plaintiff filed a Complaint against the Defendant, **David Haley**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On June 10, 2005, the said Defendant was served **by delivering to last and usual place of abode, by Deputy Sheriff Larry Giordano** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 23rd day of January, 2006.

>Respectfully Submitted for the Plaintiff,
>Comcast of Massachusetts I, Inc.
>By Its Attorney,
>
>/s/ John M. McLaughlin
>John M. McLaughlin
>**Green, Miles, Lipton & Fitz-Gibbon LLP**
>77 Pleasant Street
>P.O. Box 210
>Northampton, MA 01061-0210
>Telephone: (413) 586-0865
>BBO No. 556328

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

David Haley

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11154 NMG

TO: (Name and address of Defendant)

David Haley
6 Monterey Drive
Methuen, MA 01844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _ **twenty (20)** _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE JUN - 3 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|



NA  **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 15, 2005

I hereby certify and return that on 6/10/2005 at 10:30 AM I served a true and attested copy of the summons in a civil case, complaint for violations of 47 U.S.C. 553 and conversion, civil cover sheet, corporation disclosure statement and exhibit in this action in the following manner: To wit, by leaving at the last and usual place of abode of DAVID HALEY, 6 Monterey Drive, Methuen, MA 01844 and by mailing 1st class to the above address on 6/10/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($23.90), Postage and Handling ($3.00), Copies ($10.00) Total Charges $58.40

Deputy Sheriff Larry Giordano

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**  ) | **Case No.:  1:05-cv-11154-NMG** |
| ) | |
| **Plaintiff,**  ) | **ORDER FOR NOTICE OF REQUEST** |
| ) | **FOR DEFAULT** |
| **vs.**  ) | |
| ) | |
| **David Haley,**  ) | |
| ) | |
| **Defendant**  ) | |
| ) | |
| ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.


                                                            BY THE COURT

                                                            _____

                                                            Deputy Clerk