UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Comcast of Massachusetts I, Inc.**        CIVIL ACTION
           **Plaintiff**
                                             NO.   05-11154   NMG
        V.


**David Haley**
                   **Defendant**


**NOTICE OF DEFAULT**

Upon application of the Plaintiff, **Comcast of Massachusetts I, Inc.** for an order of Default for failure of the Defendant, **David Haley**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **9th** day of **May 2006**.

                                             SARAH A. THORNTON
                                             CLERK OF COURT


                                        By:   /s/ Elizabeth E. Sonnenberg
                                              Deputy Clerk

Notice mailed to:
David Haley
6 Monterey Drive
Methuen, MA 01844


(Default Notice.wpd - 3/7/2005)