**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**        ) | Case No.: 1:05-cv-11154-NMG |
|                                             ) | |
| Plaintiff,                                  ) | |
|                                             ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.                                         ) | **WITH PREJUDICE** |
|                                             ) | |
| **David Haley**                             ) | |
|                                             ) | |
| Defendant                                   ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint with prejudice and without cost to either party.

                                    Respectfully Submitted for the Plaintiff,
                                    Comcast of Massachusetts I, Inc.
                                    By Its Attorney,

5/31/2006                           /s/ John M. McLaughlin
Date                                John M. McLaughlin
                                    **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                    77 Pleasant Street
                                    P.O. Box 210
                                    Northampton, MA 01061
                                    Telephone: (413) 586-0865
                                    BBO No. 556328

## **CERTIFICATE OF SERVICE**

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 1st day of June, 2006, a copy of the foregoing was mailed first class to:

David Haley
6 Monterey Drive
Methuen, MA 01844

                                                /s/ John M. McLaughlin
                                                John M. McLaughlin, Esq.